IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Oswald, Mervin R | Case Number: 06 B 01070 |
|---|---|---|
| | Oswald, Norma J | Judge: Goldgar, A. Benjamin |
| | Printed: 12/23/08 | Filed: 2/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 14, 2008
Confirmed: March 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 26,232.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 22,567.95 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,406.92 |
| Other Funds: | | 57.13 |
| Totals: | 26,232.00 | 26,232.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 643.88 | 241.77 |
| 4. | ECast Settlement Corp | Unsecured | 525.49 | 197.25 |
| 5. | ECast Settlement Corp | Unsecured | 4,499.83 | 1,732.51 |
| 6. | Capital One | Unsecured | 176.85 | 68.11 |
| 7. | RoundUp Funding LLC | Unsecured | 699.72 | 262.65 |
| 8. | American Express Centurion | Unsecured | 4,144.30 | 1,595.59 |
| 9. | Capital One | Unsecured | 6,606.75 | 2,543.69 |
| 10. | Capital One | Unsecured | 926.24 | 347.76 |
| 11. | Portfolio Recovery Associates | Unsecured | 472.39 | 177.31 |
| 12. | Bank Of America | Unsecured | 1,016.42 | 381.64 |
| 13. | Resurgent Capital Services | Unsecured | 13,206.40 | 5,084.75 |
| 14. | ECast Settlement Corp | Unsecured | 4,428.63 | 1,705.07 |
| 15. | B-Real LLC | Unsecured | 2,658.05 | 1,023.38 |
| 16. | Portfolio Recovery Associates | Unsecured | 160.30 | 49.48 |
| 17. | American Express Centurion | Unsecured | 6,184.74 | 2,381.21 |
| 18. | Resurgent Capital Services | Unsecured | 12,404.24 | 4,775.78 |
| 19. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 20. | Arizona Mail House | Unsecured | | No Claim Filed |
| 21. | Associates | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | BP Oil Co | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Chase National | Unsecured | | No Claim Filed |
| 26. | Citibank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Oswald, Mervin R | Case Number: 06 B 01070 |
|---|---|---|
| | Oswald, Norma J | Judge: Goldgar, A. Benjamin |
| | Printed: 12/23/08 | Filed: 2/8/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Discover Financial Services | Unsecured | | No Claim Filed |
| 28. | Encore | Unsecured | | No Claim Filed |
| 29. | Exxon Mobil | Unsecured | | No Claim Filed |
| 30. | First USA | Unsecured | | No Claim Filed |
| 31. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 32. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 33. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 34. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 35. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 36. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 37. | Spiegel | Unsecured | | No Claim Filed |
| 38. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 39. | Brylane Home | Unsecured | | No Claim Filed |
| 40. | Exxon Mobil | Unsecured | | No Claim Filed |
| 41. | Nicor Gas | Unsecured | | No Claim Filed |
| 42. | US Bank | Unsecured | | No Claim Filed |
| 43. | Rogers & Hollands Jewelers | Unsecured | | No Claim Filed |
| | | | $ 60,954.23 | $ 24,767.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 143.17 |
| 5% | 155.64 |
| 4.8% | 300.88 |
| 5.4% | 564.87 |
| 6.5% | 242.36 |
| | $ 1,406.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

